UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LACAL L. WILSON (#93801)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NUMBER 08-475-RET-SCR

RULING

Pro se plaintiff, an inmate confined at Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Warden Burl Cain, Jonathan Roundtree, Dr. Singh and Dr. Mai Tran.  Plaintiff alleged that the defendants were deliberately indifferent to his serious medical needs in violation of his constitutional rights.

Plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 was denied because on three prior occasions during detention, the plaintiff brought an action that was dismissed as frivolous or for failure to state a claim upon which relief can be granted.[1]

A review of the record showed that the plaintiff failed to pay the filing fee.  Therefore, the plaintiff's § 1983 complaint shall

---

[1] Section 1915(g) contains an exception that allows prisoners whose privileges have been revoked to proceed in forma pauperis in cases involving imminent danger of serious physical injury.  Plaintiff's claims do not fall under the exception.

be dismissed without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 25, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA